No. 66581.—Advance Brokers, Ltd. *v.* United States, protests 60/13499, etc. (Boston).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish blocks similar in all material respects to those the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 66582.—Freedman & Slater, Inc. *v.* United States, protest 61/16940 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls on stems similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiff was sustained.